In the Matter of Supplementary Proceedings: COLONIAL FUEL CORPORATION, Appellant, v. HYGEIA DISTILLED WATER CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ONEZ REALTY CO., INC., Respondent, v. THE REICH GARAGE, INC., Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, without prejudice to an independent action for the reformation of the lease on the grounds set forth in the proposed amended answer. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES BREWSTER STEELE, Respondent, v. EDMUND B. WHITCOMB and Another, Defendants, Impleaded with INDUSTRIAL RESEARCH CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS H. SYMINGTON, Appellant, v. IDA MAY SYMINGTON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

A. DAVID BENJAMIN, as Assignee for the Benefit of Creditors of JACOB KOFFMAN, Appellant, v. BARNETT FRIEDMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CAROL ENGEL, Appellant, v. WILLIAM ENGEL, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS WELLS COLE, Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS JOSEPH VICTOR, DUC DECAZES ET DE GLUCKSBIERG, Respondent, v. EDWARD F. SIMMS, Appellant.— Order modified by granting the motion for an increase of the amount of the undertaking filed by the plaintiff to secure the attachment so far as to require said undertaking to be increased by the sum of $2,000; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MAX ROSENTOWER, Respondent, v. SUPERIOR FELT SLIPPER CO., INC., Appellant.— Order modified by directing that the books of the corporation required to be produced under said order shall be used solely to refresh the recollection of the witness and for introduction in evidence of such items in said books as may be testified to as having refreshed the recollection of the witness with respect to profits; and as so modified affirmed, without costs. No opinion. The time for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EDWARD ZINCO, Known Professionally as EDWARD ALBANO, Respondent, v. HUGO RIESENFELD, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JEWEL F. MAURICE v. NOTLEK AMUSEMENT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.